**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-7351**

_____

GERALD D. FULLER,

                    Petitioner - Appellant,

          v.

FRANK B. BISHOP, JR., Warden,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:18-cv-01598-PWG)

_____

Submitted:  March 8, 2019                          Decided:  March 18, 2019

_____

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gerald Davis Fuller, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Davis Fuller appeals the district court's orders dismissing his 28 U.S.C. § 2254 (2012) petition without prejudice as successive and denying his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Fuller v. Bishop*, No. 8:18-cv-01598-PWG (D. Md. June 14 & Oct. 17, 2018). We deny a certificate of appealability as unnecessary and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*